AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Candido Reyes-Robles<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     5:25-mj-00017<br>)<br>)<br>) |

**FILED**
JUN - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2025__ in the county of __Raleigh__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed aliens |

This criminal complaint is based on these facts:

On or about June 3, 2025, at or near Beckley, Raleigh County, West Virginia, within the Southern District of West Virginia, CANDIDO REYES-ROBLES, an alien who had been denied admission, excluded, deported, and removed from the United States, was found in the United States without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Rodney Nichols, Deportation Officer
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/04/2025__

*Judge's signature*

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

City and state: __Charleston, West Virginia__